No. 48408.—Protests 944801–G, etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218); hats of hemp knotted straw similar to those involved in Abstract 46497; and hats of ramie similar to those involved in Ab-

.stract 47291. In accordance therewith the merchandise in question was held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.